

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELLEN DEVON DIXON,

    Defendant.

Case: 4:22-cr-20010
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 01-05-2022
SEALED MATTER (tt)

## INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
JAN 0 5 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

### COUNT ONE
**Possession of a Machinegun
(18 U.S.C. § 922(o)(1))**

On or about October 23, 2021, in the Eastern District of Michigan, Kellen Dixon knowingly possess a machinegun, that is, a Glock Model 23, .40 caliber, handgun containing an auto sear, or Glock switch, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: January 5, 2022          s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY M. TURKELSON          s/ANTHONY P. VANCE
TIMOTHY M. TURKELSON (P53748)   ANTHONY P. VANCE (P61148)
Assistant United States Attorney   Assistant United States Attorney
600 Church Street, Suite 210       Chief, Branch Offices
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 4:22-cr-20010<br>Judge: Leitman, Matthew F.<br>MJ: Ivy, Curtis |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl | | Filed: 01-05-2022<br>SEALED MATTER (tt) |

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☑ No | AUSA's Initials: TT |

**Case Title:** USA v. KELLEN DEVON DIXON

**County where offense occurred :** GENESEE

**Check One:**  ☑ Felony    ☐ Misdemeanor    ☐ Petty

    X Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 5, 2022
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013